IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES HARVEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:05-CV-1486-K |
| v. | § | |
| | § | |
| CITY OF DALLAS, | § | |
| | § | |
| Defendant. | § | Pretrial Management |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and are adopted as the Findings and Conclusions of the Court.

It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted. Accordingly, Plaintiff's claims against Defendant are hereby **DISMISSED** without prejudice pursuant to FED. R. CIV. P. 4(m).

SO ORDERED.

DATED: July 6th, 2006.

ED KINKEADE
UNITED STATES DISTRICT JUDGE



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL - 6 2006
CLERK, U.S. DISTRICT COURT
By _____
Deputy

# CLOSED

**CASE NUMBER: 3:05-CV-1486-K**

**DATE :     07/06/06**

**TRIAL:**        \_\_\_\_ YES

\_X\_\_ NO